UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SALAS and GLORIA SALAS, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, <br> _____ | Case No. 1:11-CV-00974-DLB <br><br> ORDER GRANTING RELIEF FROM THE COURT'S CASE MANAGEMENT ORDER (DISCOVERY CUT-OFF) |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's September 22, 2011 Case Management Order is amended as follows:

1. The deadline for completion of fact discovery shall be extended, from April 2, 2011 to June 1, 2012.
2. The deadline for completion of expert discovery shall be extended, from May 7, 2012 to July 2, 2012.

///

///

ORDER

3. All other dates and deadlines set forth in the Case Management Order shall remain unchanged.

IT IS SO ORDERED.

Dated:   **March 6, 2012**                    **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

ORDER