1 THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
2 Brian Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
3 larrychae@bickellawfirm.com
701 B Street, Suite 1200
4 San Diego, California 92101-8107
Telephone: (619) 374-4100
5 Facsimile: (619) 231-9040

6 Attorneys for Plaintiffs RAYMOND SALAS
and GLORIA SALAS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RAYMOND SALAS and GLORIA SALAS, | Case No. 1:11-CV-00974 DLB |
| Plaintiff, | Hon. Dennis L. Beck |
| vs. | ORDER DISMISSING THE ACTION |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **July 18, 2012**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE