THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101-8107
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiffs RAYMOND SALAS
and GLORIA SALAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RAYMOND SALAS and GLORIA SALAS, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, | Case No. 1:11-CV-00974 DLB <br><br> Hon. Dennis L. Beck <br><br> ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  **July 18, 2012**          **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE